**IT IS SO ORDERED.**

**SIGNED THIS: September 11, 2023**

_____
**Peter W. Henderson
United States Chief Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | Chapter 7 |
| **Wesley Alan O'Bryant,** | Bankruptcy No. 23-80455 |
| Debtor. | Honorable Peter W. Henderson |

### ORDER GRANTING WBL SPO I LLC'S MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE (§727) OR DISCHARGEABILITY OF DEBT (§523) OR TO MOVE FOR DISMISSAL (§707)

This matter having come before the Court on the motion (the "**Motion**") of WBL SPO I LLC ("**WBL**") for the entry of an order extending the deadline in this case for filing an action seeking the denial of the Debtor's discharge and an action seeking a determination that the amounts the Debtor owes to WBL are non-dischargeable, as well as the last date to file a motion to dismiss under §707, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that

1. The Motion is granted as provided herein;

      2. WBL SPO I LLC shall have until November 16, 2023, to file a motion to dismiss under §707, and/or to file an action (a) seeking to deny the Debtor's discharge in this case pursuant to one or more of the provisions of Section § 727 and/or (b) seeking a determination that the amounts owed to WBL SPO I LLC are non-dischargeable pursuant to one or more of the provisions of Section 523(a));

      3. Entry of the Debtor's discharge shall also be delayed through and including November 16, 2023.

###